No. 548, Misc. WILLIAMS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Jacob Wysoker* for petitioner.

No. 571, Misc. YOUNG *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 600, Misc. NOONKESTER *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 607, Misc. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 614, Misc. FENTON *v.* HEINZE, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 616, Misc. WHITE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 637, Misc. ATKINS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 638, Misc. NELSON *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 654, Misc. GLOVER *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 656, Misc. SALAZAR *v.* COX, WARDEN; and
No. 657, Misc. LUCERO *v.* COX, WARDEN. Sup. Ct. N. M. Certiorari denied.

No. 658, Misc. BATES *v.* WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.